# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN COIT,** | : | |
|     **Plaintiff,** | : | |
| | : | No. 1:20-cv-01075 |
|     v. | : | |
| | : | (Judge Kane) |
| **GROHOWSKI, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 3rd day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 23) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Grohowski and Lt. B. O'Boyle and against Plaintiff Kevin Coit as to all claims raised against Defendants; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                                                                            s/ Yvette Kane
                                                                                         Yvette Kane, District Judge
                                                                                         United States District Court
                                                                                         Middle District of Pennsylvania